UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD H., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No.: 3:20-cv-02109-RBM <br><br> **ORDER DENYING WITHOUT PREJUDICE JOINT MOTION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** <br><br> **[Doc. 13]** |

On October 27, 2020, Plaintiff, Donald H. ("Plaintiff") filed a complaint against the Commissioner of Social Security,[1] seeking judicial review of the Commissioner's decision denying her application for Social Security Disability Insurance and Supplemental Security Income benefits. (Doc. 1.) The parties jointly moved to remand the action to the Social Security Administration for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 10.) On June 8, 2021, the undersigned granted the motion and remanded

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021 and is therefore substituted for Andrew M. Saul as Defendant. *See* 42 U.S.C. § 405(g); FED. R. CIV. P. 25(d).

the action to the Social Security Administration for further administrative proceedings consistent with the terms set forth in the parties' joint motion. (Doc. 11.)

On September 1, 2021, the parties filed a joint motion for the award and payment of attorney fees and expenses ("Joint Motion") pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"). (Doc. 13.) The parties stipulate to and jointly move for an award to Plaintiff of attorney's fees and expenses in the amount of **six hundred fifty-four dollars and fifty cents ($654.50)** under the EAJA and costs in the amount of **four hundred twelve dollars and fifteen cents ($412.15)** under 28 U.S.C. § 1920. (*Id.* at 1–2.) In their Joint Motion, the parties state these amounts represent compensation for all legal services rendered on behalf of Plaintiff's counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d). (*Id.* at 2.)

Section 2412(d)(1)(B) requires a party seeking an award of fees and other expenses to, among other things, include "an itemized statement from an attorney . . . stating the actual time expended and the rate at which fees and other expenses were computed." 28 U.S.C. § 2412(d)(1)(B). Here, the parties failed to attach an itemized statement of actual time expended by Plaintiff's counsel in this matter. Thus, the parties failed to comply with the requirements of Section 2412(d)(1)(B). *See Hildinger v. Colvin*, No. 13-cv-1370-W (WVG), 2014 WL 4805124, at *1 (S.D. Cal. Sept. 26, 2014) (court denied without prejudice the parties' motion for attorney fees for failure to attach itemized statement).

Therefore, the undersigned hereby **DENIES WITHOUT PREJUDICE** the Joint Motion. The parties shall resubmit their Motion consistent with the requirements of Section 2412(d)(1)(B).

**IT IS SO ORDERED**.

Dated: September 15, 2021

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES MAGISTRATE JUDGE